E-Filing

TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (Bar # 111536)
GIA L. CINCONE (Bar # 141668)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: gsgilchrist@townsend.com, glcincone@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

_____

MICHAEL G. YODER (Bar # 83059)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 760-9600
Facsimile: (949) 823-6994

IAN N. RAMAGE (Bar # 244881)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
DC SHOES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CIRCUS DISTRIBUTION, INC.,<br><br>　　　　　Defendant. | Case No. C-05-0574 VRW<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>DATE: June 7, 2005<br>TIME: 9:00 a.m. |

1  The parties in the above-entitled action jointly submit this stipulated request to continue the
2  Case Management Conference currently set for June 7, 2005, for five weeks, until July 12, 2005, in
3  order to allow the parties to continue their settlement discussions.

4  Defendant DC Shoes, Inc., named and formerly known as Circus Distribution, Inc., was served
5  with the Complaint in this action on March 21, 2005. Plaintiff Levi Strauss & Co. granted Defendant
6  one extension of time in which to respond to the complaint, in order to allow the parties to discuss a
7  possible settlement; Defendant filed its answer on April 28, 2005.

8  The parties are continuing to discuss the prospects for settlement and are hopeful that an
9  amicable resolution can be reached. Accordingly, the parties believe it would be efficient for both
10 them and the Court to continue the Case Management Conference currently scheduled for June 7,
11 2005, to July 12, 2005, in order to allow further exploration of settlement possibilities.

Respectfully submitted,

Dated: May 31, 2005

/s/ Gia L. Cincone
Gia L. Cincone
Townsend & Townsend & Crew

ATTORNEYS FOR PLAINTIFF
LEVI STRAUSS & CO.

Dated: May 31, 2005

/s/ Michael G. Yoder
Michael G. Yoder
O'Melveny & Myers LLP

ATTORNEYS FOR DEFENDANT
DC SHOES, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Hon. Vaughn R. Walker
United States District Judge