<div style="text-align: right; writing-mode: vertical-rl;">United States District Court<br>For the Northern District of California</div>

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LEVI STRAUSS & CO, | No. CV 05-00574 VRW |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION** |
| v. | |
| CIRCUS DISTRIBUTION INC, | |
| Defendant. | |

The parties in the above-entitled action jointly submit this stipulated request to continue the Case Management Conference currently set for July 12, 2005, to August 30, 2005, in order to allow the parties to continue their settlement discussions.

Defendant DC Shoes, Inc., named and formerly known as Circus Distribution, Inc., was served with the Complaint in this action on March 21, 2005. Plaintiff Levi Strauss & Co. granted Defendant one extension of time in which to respond to the complaint, in order to allow the parties to discuss a possible settlement; Defendant filed its answer on April 28, 2005.

The parties previously requested and were granted a continuance of the Case Management Conference which was originally set for June 7, 2005. The parties are continuing to discuss and finalize settlement terms. Accordingly, the parties believe it would be efficient for both them and the Court to continue the Case Management Conference currently scheduled

1  for July 12, 2005, to August 30, 2005, in order to allow further settlement discussion.

2  **IT IS SO ORDERED**

3

4  Dated: July 15, 2005



5  _____
VAUGHN R WALKER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2