```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    GREGORY S. GILCHRIST (Bar # 111536)
 2  GIA L. CINCONE (Bar # 141668)
    Two Embarcadero Center, 8th Floor
 3  San Francisco, California 94111
    Telephone: (415) 576-0200
 4  Facsimile: (415) 576-0300
    Email: gsgilchrist@townsend.com, glcincone@townsend.com
 5
    Attorneys for Plaintiff
 6  LEVI STRAUSS & CO.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> CIRCUS DISTRIBUTION, INC., <br><br> Defendant. | Case No. C-05-0574 VRW <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** |

Plaintiff Levi Strauss & Co. and defendant DC Shoes, Inc., sued as Circus Distribution, Inc., by their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate that this action be dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

Dated: August 12, 2005

_Gia L. Cincone_
Gia L. Cincone
Townsend & Townsend & Crew LLP

ATTORNEYS FOR PLAINTIFF
LEVI STRAUSS & CO.

Dated: August 11, 2005

Michael G. Yoder
O'Melveny & Myers LLP

ATTORNEYS FOR DEFENDANT
DC SHOES, INC.

IT IS SO ORDERED
Judge Vaughn R Walker

STIPULATED DISMISSAL — 1 —  Levi Strauss & Co. v. Circus Distribution, Inc.